1  PLACER COUNTY COUNSEL'S OFFICE
   Brett D. Holt, Deputy County Counsel  (SBN 133525)
2  175 Fulweiler Avenue
3  Auburn, CA  95603
   Telephone:  (530) 889-4044
4  Fax:  (530) 889-4069

5
   Attorneys for Defendant
6  COUNTY OF PLACER

7

8                 UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  THOMAS S. VAN HORNE,            )  **Case No.: 2:09-cv-03309-JAM DAD**
                                    )
12                                  )
        Plaintiff,                  )  **ORDER ON MOTION TO DISMISS FOR**
13   vs.                            )  **FAILURE TO STATE A CLAIM UPON**
                                    )  **WHICH RELIEF CAN BE GRANTED**
14  COUNTY OF PLACER, and DOES 1    )  _____
15  through 100, inclusive          )  [FRCP 12(b)(6)]
                                    )
16      Defendants.                 )  Date:       June 16, 2010
                                    )  Time:       9:30 a.m.
17                                  )  Courtroom:  #6
                                    )  Judge:      Honorable John A. Mendez
18                                  )
19  _____)

20

21       Defendant County of Placer's motion to dismiss pursuant to FRCP 12(b)(6) came on

22  regularly for hearing on June 16, 2010.  Appearing on behalf of defendant County of Placer

23  was Brett D. Holt.  No appearance was made on behalf of plaintiff Thomas S. Van Horne.

24       The court reviewed the papers in support of the motion to dismiss.  No opposition on

25  behalf of plaintiff Van Horne was filed.  The court hereby grants the motion to dismiss and

26  hereby orders this matter dismissed.

27

28
                                          1
                        [Proposed] Order On Motion to Dismiss
          For Failure to State a Claim Upon Which Relief Can Be Granted – FRCP 12(b)(6)

PDF created with pdfFactory trial version www.pdffactory.com

1    The court further orders that a Response to an Order to Show Cause be filed by

2  counsel for plaintiff Van Horne as to why counsel for Mr. Van Horne should not be

3  sanctioned $250 for failure to file a non-opposition to the present motion and $250 for

4  failure to appear at the hearing.  The response to the Order to Show Cause is to be filed

5  within 10 days of the signing of this order by the court.

6    Accordingly, IT IS HEREBY ORDERED that:

7    1.    The motion to dismiss is granted;

8    2.    Counsel for plaintiff Van Horne file a response to the order to show cause as

9  to why sanctions should not be imposed;

10    3.    The Clerk of the Court is directed to enter judgment and close this file.

11

12  Dated: June 21, 2010

13

14                                                    /s/ John A. Mendez

15                                                    HONORABLE JOHN A. MENDEZ
                                                      United States District Judge
16

17

18

19

20

21

22

23

24

25

26

27

28

2

[Proposed] Order On Motion to Dismiss
For Failure to State a Claim Upon Which Relief Can Be Granted – FRCP 12(b)(6)

PDF created with pdfFactory trial version www.pdffactory.com